IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO, CORY FOX, and JOCARDO RALSTON,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARK A. MORGAN, in his official capacity as Acting Commissioner of United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants*. | Case No.  1:20-cv-00445 |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Elisabeth S. Theodore, a member in good standing of the Bar of this Court, moves for the admission and appearance of attorney Janine M. Lopez *pro hac vice* as counsel for Plaintiffs in the above-entitled action.  This motion is supported by the Declaration of Janine M. Lopez, which is filed herewith.

Dated:  February 18, 2020

Respectfully submitted,

*/s/ Elisabeth S. Theodore*
Elisabeth S. Theodore (D.C. Bar No. 1021029)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
Elisabeth.Theodore@arnoldporter.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO, CORY FOX, and JOCARDO RALSTON,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARK A. MORGAN, in his official capacity as Acting Commissioner of United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants*. | Case No.  1:20-cv-00445 |

**DECLARATION OF JANINE M. LOPEZ IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Janine M. Lopez, hereby declare:

1. My name, office address, and office telephone number are as follows:

    Janine M. Lopez
    Arnold & Porter Kaye Scholer LLP
    601 Massachusetts Avenue NW
    Washington, DC 20001
    Telephone:  (202) 942-6124

2. I am admitted to the following bars:

    Massachusetts (Bar No. 694639)
    Supreme Court of the United States
    United States Court of Appeals for the First Circuit (Bar No. 1173717)
    United States Court of Appeals for the Second Circuit
    United States Court of Appeals for the Fifth Circuit
    United States Court of Appeals for the Sixth Circuit
    United States Court of Appeals for the Ninth Circuit
    United States Court of Appeals for the Federal Circuit
    United States District Court for the District of Massachusetts

3. I am currently in good standing with all bars to which I am admitted and have never been subject to discipline by any bar.

4. I have not been admitted *pro hac vice* to this Court in the previous two years. I was admitted *pro hac vice* in *Trustees of Princeton University v. United States*, No. 1:17-cv-02325 (D.D.C.) on December 19, 2017; that case remained pending in this Court until August 23, 2018.

5. I engage in the practice of law from an office located in the District of Columbia under the supervision of attorneys who are members in good standing of the District of Columbia Bar, pursuant to exception (c)(8) to District of Columbia Court of Appeals Rule 49. Accordingly, I hereby certify that my application for membership to the District of Columbia Bar is pending.

6. I have reviewed and am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2020

Janine M. Lopez*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-6124
Janine.Lopez@arnoldporter.com

*Admitted only in Massachusetts; practicing law in the District of Columbia during the pendency of her application for admission to the D.C. Bar and under the supervision of lawyers of the firm who are members in good standing of the D.C. Bar