**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN DIMAIO,<br>    et al.,<br><br>                *Plaintiffs*,<br><br>            v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary<br>of Homeland Security,<br>    et al.,<br><br>                *Defendants*. | Case No.  1:20-cv-00445 |

ERRATA

Plaintiffs submit this Errata to correct the Civil Cover Sheet filed with the Complaint (ECF No. 1) on  Friday, February 14, 2020.  The Civil Cover Sheet lacked the signature of the Attorney of Record.  A corrected Civil Cover Sheet bearing the electronic signature of the Attorney of Record is attached hereto as Exhibit A.

Dated: February 18, 2020

Respectfully submitted.

/s/ Elisabeth S. Theodore
Elisabeth S. Theodore
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
Elisabeth.theodore@arnoldporter.com