**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN DIMAIO,<br>    c/o Arnold & Porter Kaye Scholer LLP<br>    601 Massachusetts Ave. NW<br>    Washington, DC 20001,<br><br>CORY FOX,<br>    c/o Arnold & Porter Kaye Scholer LLP<br>    601 Massachusetts Ave. NW<br>    Washington, DC 20001,<br><br><br>and JOCARDO RALSTON,<br>    c/o Arnold & Porter Kaye Scholer LLP<br>    601 Massachusetts Ave. NW<br>    Washington, DC 20001,<br><br>            *Plaintiffs*,<br><br>            v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security,<br>    245 Murray Lane SW<br>    Washington, DC 20528,<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>    245 Murray Lane SW<br>    Washington, DC 20528<br><br>MARK A. MORGAN, in his official capacity as Acting Commissioner of United States Customs and Border Protection,<br>    1300 Pennsylvania Ave. NW<br>    Washington, DC 20229<br><br>and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br>    1300 Pennsylvania Ave. NW<br>    Washington, DC 20229<br><br>            *Defendants*. | Case No.  1:20-cv-00445 |

## NOTICE OF FILING OF PROOF OF SERVICE

Plaintiffs Jonathan DiMaio, Cory Fox, and Jocardo Ralston, by counsel, respectfully submit the attached Declaration of Shemaiah Strickland as proof that service of process has been effectuated on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants Chad Wolf, U.S. Department of Homeland Security, Mark A. Morgan, and U.S. Customs and Border Protection, in the above-captioned matter.

Dated: February 25, 2020

Respectfully submitted,

**ARNOLD & PORTER
 KAYE SCHOLER LLP**

/s/ Elisabeth S. Theodore
Elisabeth S. Theodore (D.C. Bar No. 1021029)
R. Stanton Jones (D.C. Bar No. 987088)
Andrew T. Tutt* (D.C. Bar No. 1026916)
Stephen K. Wirth (D.C. Bar No. 1034038)
Graham W. White (D.C. Bar No. 888273658)
ARNOLD & PORTER
 KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
elisabeth.theodore@arnoldporter.com
stanton.jones@arnoldporter.com
andrew.tutt@arnoldporter.com
stephen.wirth@arnoldporter.com
graham.white@arnoldporter.com

*Counsel for Plaintiffs*

*D.D.C. application pending

2

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                                      */s/* Graham W. White
                                      Graham W. White
                                      601 Massachusetts Ave., NW
                                      Washington, DC 20001
                                      (202) 942-5000
                                      graham.white@arnoldporter.com