IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO,<br>   c/o Arnold & Porter Kaye Scholer LLP<br>   601 Massachusetts Ave. NW<br>   Washington, DC 20001,<br><br>CORY FOX,<br>   c/o Arnold & Porter Kaye Scholer LLP<br>   601 Massachusetts Ave. NW<br>   Washington, DC 20001,<br><br>and JOCARDO RALSTON,<br>   c/o Arnold & Porter Kaye Scholer LLP<br>   601 Massachusetts Ave. NW<br>   Washington, DC 20001,<br><br>    *Plaintiffs*,<br><br>   v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security,<br>   245 Murray Lane SW<br>   Washington, DC 20528,<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>   245 Murray Lane SW<br>   Washington, DC 20528<br><br>MARK A. MORGAN, in his official capacity as Acting Commissioner of United States Customs and Border Protection,<br>   1300 Pennsylvania Ave. NW<br>   Washington, DC 20229<br><br>and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br>   1300 Pennsylvania Ave. NW<br>   Washington, DC 20229<br><br>    *Defendants*. | Case No.  1:20-cv-00445 |

1

## DECLARATION OF SHEMAIAH STRICKLAND

I, Shemaiah Strickland, declare as follows:

1. My name is Shemaiah Strickland. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. On February 14, 2020, Plaintiffs, Jonathan DiMaio, Cory Fox, and Jocardo Ralston, by counsel, initiated the above-captioned matter in the U.S. District Court for the District of Columbia. On February 19th, I served summonses and copies of the complaint on Chad Wolf in his official capacity as Acting Secretary of Homeland Security, the United States Department of Homeland Security, Mark A. Morgan in his official capacity as Acting Commissioner of the United States Customs and Border Protection, and the United States Customs and Border Protection in the above-captioned matter.  Pursuant to Federal Rule of Civil Procedure 4, I also served summonses and copies of the complaint on the civil process clerk for the United States Attorney's Office for the District of Columbia and William P. Barr in his official capacity as the Attorney General of the United States.

3. According to the U.S. Postal Service Track and Confirm Sheet ("U.S.P.S. Tracking"), a copy of the complaint and a summons was mailed to CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security, 245 Murray Lane SW, Washington, DC 20528 on February 19, 2020, and was delivered on February 21, 2020.

4. According to U.S.P.S. Tracking, a copy of the complaint and a summons was mailed to the UNITED STATES DEPARTMENT OF HOMELAND SECURITY, 245 Murray Lane SW, Washington, DC 20528 on February 19, 2020, and was delivered on February 21, 2020.

5. According to U.S.P.S. Tracking, a copy of the complaint and a summons was mailed to MARK A. MORGAN, in his official capacity as Acting Commissioner of United States Customs and Border Protection, 1300 Pennsylvania Ave. NW Washington, DC 20229 on February 19, 2020, and was delivered on February 21, 2020.

6. According to U.S.P.S. Tracking, a copy of the complaint and a summons was mailed to the UNITED STATES CUSTOMS AND BORDER PROTECTION, 1300 Pennsylvania Ave. NW, Washington, DC 20229 on Feb 19, 2020, and was delivered on February 21, 2020.

7. According to U.S.P.S. Tracking, a copy of the complaint and a summons was mailed to William P. Barr, United States Attorney General for the United States Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 205530 on February 19, 2020, and was delivered on February 24, 2020.

8. According to U.S.P.S. Tracking, a copy of the complaint and a summons was mailed to the Civil Process Clerk of the United States Attorney's Office, 555 Fourth Street NW, Washington, DC 20530 on February 19, 2020, and was delivered on February 24, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2|25|2020

Shemaiah Strickland

7016 2140 0000 6364 5133

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

5326

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$ 8.20

Postmark Here
WASHINGTON DC 20013-8656 NATIONAL CAPITAL STATION FEB 19 2020

Sent To: Chad Wolf
Street and Apt. No., or PO Box No.: 245 Murray Lane SW
City, State, ZIP+4®: Washington, DC 20528

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 2140 0000 6364 5157

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

A. Tutt
5326

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$ 8.20

Postmark Here
WASHINGTON DC 20013-8656 NATIONAL CAPITAL STATION FEB 19 2020

Sent To: US Customs & Border Protection
Street and Apt. No., or PO Box No.: 1300 Pennsylvania Ave NW
City, State, ZIP+4®: Washington DC 20229

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 2140 0000 6364 5140

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

5326

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$ 8.20

Postmark Here
WASHINGTON DC 20013-8656 NATIONAL CAPITAL STATION FEB 19 2020

Sent To: Mark Morgan
Street and Apt. No., or PO Box No.: 1300 Pennsylvania Avenue NW
City, State, ZIP+4®: Washington DC 20229

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 2140 0000 6371 6147

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

A. Tutt
5326

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$ 8.20

Postmark Here
WASHINGTON DC 20013-8656 NATIONAL CAPITAL STATION FEB 19 2020

Sent To: US Department of Homeland Security
Street and Apt. No., or PO Box No.: 245 Murray Lane SW
City, State, ZIP+4®: Washington, DC 20528

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 2140 0000 6364 5164

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

A. Tutt
5326

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$ 8.40

Postmark Here

WASHINGTON DC 20013-9998
FEB 19 2020
NATIONAL CAPITAL STATION

Sent To William P. Barr, US Attorney General USDOJ

Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW

City, State, ZIP+4® Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 2140 0000 6364 5171

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

A. Tutt
5326

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$ 8.40

Postmark Here

WASHINGTON DC 20013-9998
FEB 19 2020
NATIONAL CAPITAL STATION

Sent To Civil Process Clerk, US Attorneys Office

Street and Apt. No., or PO Box No. 555 Fourth Street, NW

City, State, ZIP+4® Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions








