# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO, et al.        )<br>                                                       )<br>            Plaintiffs,            )<br>    v.                                        )<br>                                                       )<br>CHAD WOLF, et al.                )<br>                                                       )<br>            Defendants.          )<br>                                                       ) | No. 1:20-cv-00445-RJL |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

To the Clerk of the Court and all parties of record:

Please take notice that the undersigned attorney, Dena M. Roth of the United States Department of Justice, Civil Division, Federal Programs Branch, is hereby entering her appearance as counsel of record for Defendants in the above-captioned case.

Dated: March 3, 2020                    Respectfully Submitted,

　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　BRIGHAM J. BOWEN
　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　*/s/ Dena M. Roth*
　　　　　　　　　　　　　　　　DENA M. ROTH (DC Bar # 1001184)
　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　1100 L Street, NW, Room 11204
　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　Tel: (202) 514-5108
　　　　　　　　　　　　　　　　Facsimile: (202) 616-8460
　　　　　　　　　　　　　　　　Email: dena.m.roth@usdoj.gov

　　　　　　　　　　　　　　　　*Counsel for Defendant*

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

*/s/ Dena M. Roth*
Dena M. Roth