AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| JONATHAN DIMAIO, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-00445-RJL |
| CHAD WOLF, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JONATHAN DIMAIO, CORY FOX, JOCARDO RALSTON (Plaintiffs)    .

Date:   03/03/2020

/s/ Stephen K. Wirth
*Attorney's signature*

Stephen K. Wirth (Bar No. 1034038)
*Printed name and bar number*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001

*Address*

stephen.wirth@arnoldporter.com
*E-mail address*

(202) 942-6739
*Telephone number*

(202) 942-5999
*FAX number*