# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO, et al., *Plaintiffs*, v. CHAD WOLF, et al., *Defendants*. | Case No. 1:20-cv-00445 |

### DECLARATION OF CORY FOX

I, Cory Fox, do hereby declare and state as follows:

1. My name is Cory Fox. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration. This Declaration is being submitted in support of Plaintiffs' Motion for Partial Summary Judgment in the above-captioned matter.

2. I am a U.S. citizen and resident of Brooklyn, New York. I am a teacher.

3. I have a valid passport and meet the eligibility criteria for Global Entry set forth in 8 C.F.R. § 235.12.

4. I frequently travel internationally. I have international travel planned this year, including a trip to the Dominican Republic in spring 2020.

5. I planned to enroll in Global Entry in February 2020 to make upcoming international travel more convenient and, in particular, to reduce processing times at the airport.

6. As a New York resident, I am no longer eligible to apply for Global Entry under the February 5 Rule.

1

7. The inability to use Global Entry will make it more difficult for me to travel internationally.

8. I plan to apply for Global Entry if the ban on New York residents is lifted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of March, 2020, in Brooklyn, New York

_____
Cory Fox

2

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on the Defendants in accordance with Fed. R. Civ. P. 4.

                                                          /s/ Graham W. White
                                                          Graham W. White
                                                          601 Massachusetts Ave., NW
                                                          Washington, DC 20001
                                                          (202) 942-5000
                                                          graham.white@arnoldporter.com