# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD WOLF, et al., <br><br> *Defendants*. | Case No. 1:20-cv-00445 |

### DECLARATION OF JOCARDO RALSTON

I, Jocardo Ralston, do hereby declare and state as follows:

1. My name is Jocardo Ralston. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration. This Declaration is being submitted in support of Plaintiffs' Motion for Partial Summary Judgment in the above-captioned matter.

2. I am a U.S. citizen and resident of New York, New York. I teach special education at a public school in New York.

3. I have a valid passport and meet the eligibility criteria for Global Entry set forth in 8 C.F.R. § 235.12.

4. I frequently travel internationally. I plan to travel internationally during the school recess this summer.

5. I decided to apply for Global Entry after missing a flight in September due to lengthy delays at the U.S. customs checkpoint in Montreal.

6. I submitted an online application for Global Entry on January 20, 2020, and paid the $100 application fee. After applying, I checked my online Trusted Traveler Program account. The online account status indicated that my application was received and that an

interview was pending. My application remained pending at the time Defendants issued the February 5 Rule.

7. After learning about the February 5 Rule, I logged into my online Trusted Traveler Program account. The account now states "no application[] in progress." I understand based on the government's public statements that DHS has canceled my application under the February 5 Rule because I am a New York resident.

8. As a New York resident, I am no longer eligible to apply for Global Entry under the February 5 Rule.

9. The inability to use Global Entry this summer will make it more difficult for me to travel internationally this summer.

10. I plan to immediately reapply for Global Entry if the ban on New York residents is lifted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12 day of March, 2020,
in New York, New York

Jocardo Ralston

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document will be served on the Defendants in accordance with Fed. R. Civ. P. 4.

                                    */s/* Graham W. White
                                    Graham W. White
                                    601 Massachusetts Ave., NW
                                    Washington, DC 20001
                                    (202) 942-5000
                                    graham.white@arnoldporter.com