# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security, et al.,<br><br>    *Defendants*. | Case No. 1:20-cv-00445 |

## PROPOSED ORDER

Upon consideration of plaintiffs' motion for partial summary judgment and the parties' opposition and reply memoranda, it is hereby

ORDERED that plaintiffs' motion for partial summary judgment is granted; and it is

FURTHER ORDERED that the Department of Homeland Security's February 5 Rule terminating the eligibility of New Yorkers for Trusted Traveler Programs is VACATED.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Dated: _____, 2020