**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN DIMAIO, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security, et al.,<br><br>    *Defendants*. | Case No. 1:20-cv-00445 |

## **NOTICE OF ERRATA**

Plaintiffs Jonathan DiMaio, Cory Fox, and Jocardo Ralston respectfully submit this errata to correct an inadvertent error in their Motion for Partial Summary Judgment and accompanying memorandum, filed with this Court on March 13, 2020. The motion and memorandum inadvertently failed to indicate that one of Plaintiffs' attorneys, Janine M. Lopez, is admitted to practice only in Massachusetts and is practicing law in the District of Columbia during the pendency of her application for admission to the District of Columbia Bar and under the supervision of lawyers of the firm who are members in good standing of that bar. Correct signature pages for Plaintiffs' motion and memorandum are attached as Exhibits A and B, respectively.

| | |
|---|---|
| Dated:  March 16, 2020 | Respectfully submitted,<br><br>**ARNOLD & PORTER<br>  KAYE SCHOLER LLP**<br><br>/s/ Elisabeth S. Theodore<br>Elisabeth S. Theodore (D.C. Bar No. 1021029)<br>R. Stanton Jones (D.C. Bar No. 987088)<br>Andrew T. Tutt (D.C. Bar No. 1026916)<br>Stephen K. Wirth (D.C. Bar No. 1034038)<br>Graham W. White (D.C. Bar No. 888273658)<br>Janine M. Lopez* (*pro hac vice*)<br>ARNOLD & PORTER<br>  KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>(202) 942-5000<br>(202) 942-5999 (fax)<br>elisabeth.theodore@arnoldporter.com<br>stanton.jones@arnoldporter.com<br>andrew.tutt@arnoldporter.com<br>stephen.wirth@arnoldporter.com<br>graham.white@arnoldporter.com<br>janine.lopez@arnoldporter.com<br><br>*Counsel for Plaintiffs*<br><br>*Admitted to practice only in Massachusetts; practicing law in the District of Columbia during the pendency of her application for admission to the D.C. Bar and under the supervision of lawyers of the firm who are members in good standing of the D.C. Bar |