# EXHIBIT A

Dated: March 13, 2020            Respectfully submitted,

                               **ARNOLD & PORTER**
                                   **KAYE SCHOLER LLP**

                               <u>/s/ Elisabeth S. Theodore</u>
                               Elisabeth S. Theodore (D.C. Bar No. 1021029)
                               R. Stanton Jones (D.C. Bar No. 987088)
                               Andrew T. Tutt (D.C. Bar No. 1026916)
                               Stephen K. Wirth (D.C. Bar No. 1034038)
                               Graham W. White (D.C. Bar No. 888273658)
                               Janine M. Lopez* (*pro hac vice*)
                               ARNOLD & PORTER
                                   KAYE SCHOLER LLP
                               601 Massachusetts Ave., NW
                               Washington, DC 20001
                               (202) 942-5000
                               (202) 942-5999 (fax)
                               elisabeth.theodore@arnoldporter.com
                               stanton.jones@arnoldporter.com
                               andrew.tutt@arnoldporter.com
                               stephen.wirth@arnoldporter.com
                               graham.white@arnoldporter.com
                               janine.lopez@arnoldporter.com

                               *Counsel for Plaintiffs*

                               *Admitted to practice only in Massachusetts; practicing law in the District of Columbia during the pendency of her application for admission to the D.C. Bar and under the supervision of lawyers of the firm who are members in good standing of the D.C. Bar