# EXHIBIT B

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Partial Summary Judgment on Count I, declare that the February 5 Rule is unlawful because it was "without observance of procedure required by law," and vacate the February 5 Rule.

Dated:  March 13, 2020                           Respectfully submitted,

**ARNOLD & PORTER
    KAYE SCHOLER LLP**

/s/ Elisabeth S. Theodore
Elisabeth S. Theodore (D.C. Bar No. 1021029)
R. Stanton Jones (D.C. Bar No. 987088)
Andrew T. Tutt (D.C. Bar No. 1026916)
Stephen K. Wirth (D.C. Bar No. 1034038)
Graham W. White (D.C. Bar No. 888273658)
Janine M. Lopez* (*pro hac vice*)
ARNOLD & PORTER
    KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
elisabeth.theodore@arnoldporter.com
stanton.jones@arnoldporter.com
andrew.tutt@arnoldporter.com
stephen.wirth@arnoldporter.com
graham.white@arnoldporter.com
janine.lopez@arnoldporter.com

*Counsel for Plaintiffs*

*Admitted to practice only in Massachusetts; practicing law in the District of Columbia during the pendency of her application for admission to the D.C. Bar and under the supervision of lawyers of the firm who are members in good standing of the D.C. Bar