## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO, et al. )<br>)<br>            Plaintiffs, )<br>    v. )<br>)<br>CHAD WOLF, et al. )<br>)<br>            Defendants. )<br>_____ ) | No. 1:20-cv-00445-RJL |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

Defendants, by and through undersigned counsel, respectfully move for an extension of time to respond to Plaintiffs' Motion for Partial Summary Judgment, Dkt. No. 11. Undersigned counsel has conferred with counsel for Plaintiffs, who consent to this requested extension. Defendants set forth the following good cause in support of the motion.

On March 4, 2020, the Court ordered Plaintiffs to file their motion for partial summary judgment on Count I of the Complaint, Dkt. No. 1, by March 13, 2020, Defendants to respond by March 23, 2020, and Plaintiffs to reply by March 26, 2020. The Court further set oral argument for March 30, 2020 at 2:30 p.m.[1] Plaintiffs filed their motion for partial summary judgment on March 13, 2020, as ordered.

As the Court is no doubt aware, the events in connection with addressing the COVID-19 pandemic have been rapidly developing, and causing widespread disruptions of normal operations in the Washington, D.C., area. On March 11, 2020, the World Health Organization

---

[1] On March 16, 2020, the Court issued Standing Order No. 20-9, which, in recognition of "the current circumstances relating to the COVID-19 [] pandemic," reduced the courthouse to limited operations and postponed all other proceedings — including civil hearings — scheduled to occur between March 17, 2020 and April 17, 2020.

publicly characterized COVID-19 as a pandemic.[2]  On March 13, 2020, the President declared a National Emergency in an effort to address the spread of COVID-19,[3] and on March 16, 2020, the President announced new guidance to slow the spread of the virus, including avoiding groups of more than 10 people, and working or schooling from home whenever possible.[4]  This guidance follows recommendations by the Centers for Disease Control ("CDC") to engage in social distancing and, in some communities, to close schools.  The Office of Personnel Management ("OPM") has been issuing guidance concerning the continuity of Federal Government operations, including recommendations that agencies permit employees to telework.[5]  The Department of Justice has instructed those who can telework to do so.  Many schools around the country and in the D.C. area are closed and will be closed for weeks.

In particular, Defendants in this action, the U.S. Department of Homeland Security (DHS) and the U.S. Customs and Border Protection (CBP), are prioritizing actions addressing the COVID-19 pandemic, and DHS and CBP employees (together with state and local public safety personnel) are working to ensure public safety, while also managing operations in a

---

[2] Centers for Disease Control and Prevention. "Coronavirus Disease 2019 (COVID-19): Situation Summary," https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/summary.html (last accessed Mar. 17, 2020).

[3] *See* https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (last accessed Mar. 17, 2020).

[4] *See* The President's Coronavirus Guidelines for America, https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf (last accessed Mar. 17, 2020).

[5] *See* United States Office of Personnel Management, "Memorandum for: Heads of Executive Departments and Agencies.  Subject: Coronavirus Disease 2019 (COVID-19); Additional Guidance" (Mar. 7, 2020), *available at* https://www.chcoc.gov/content/coronavirus-disease-2019-covid-19-additional-guidance (last accessed Mar. 17, 2020).

manner consistent with public health guidance.  Current agency priorities and operational conditions have restricted the availability of DHS and CBP employees, including potential declarants who would contribute evidence in support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment, to address non-COVID-19-related matters.

Undersigned counsel is responsible for preparing Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment.  Pursuant to Department of Justice guidance, undersigned counsel is teleworking full-time.  On March 16, 2020, the school and daycare where undersigned counsel's young children attend closed for the next several weeks.  As a result, undersigned counsel has had to manage child care duties with work responsibilities.  Given the unexpected child care duties, it would be difficult for undersigned counsel to finish the responsive brief by the current March 23rd deadline.  Prior to filing, undersigned counsel must consult with others within the Department of Justice.  Most, if not all, of these individuals are also teleworking, and some also have unexpected child care duties.  These duties make it difficult for others to have time to assist with the brief.

Additionally, at the March 4 status conference, undersigned counsel represented to the Court that DHS and New York State officials are actively negotiating a possible agreement, which would allow DHS to obtain information it needs from New York to resume its consideration of Global Entry (and other Trusted Traveler Program (TTP)) applications submitted by New York residents.  In further update, the Acting Chief of Staff to the Acting Secretary of Homeland Security has authorized undersigned counsel to represent that the negotiations with New York State officials are productive, but that the negotiations have been delayed due to dedication of resources (both at the federal and state level) to priority Coronavirus activities.

Counsel for Plaintiffs has authorized undersigned counsel to include the following statement of Plaintiffs' position: given the circumstances, Plaintiffs have no objection to the two-week extension the Government requests, but continue to believe the case should move forward expeditiously. Once briefing is complete, Plaintiffs would be available for a telephonic hearing at the Court's convenience.

For these reasons, Defendants respectfully request a two-week extension of time to respond to Plaintiffs' motion, as well as a commensurate extension for Plaintiffs' further reply, so that Defendants' response is due on April 6, 2020, and Plaintiffs' further reply is due on April 9, 2020.

WHEREFORE, Defendants respectfully request this additional time be allowed. A proposed order accompanies this motion.

Dated: March 19, 2020                  Respectfully Submitted,

                                       JOSEPH H. HUNT
                                       Assistant Attorney General

                                       BRIGHAM J. BOWEN
                                       Assistant Branch Director

                                       */s/ Dena M. Roth*
                                       DENA M. ROTH (DC Bar # 1001184)
                                       Trial Attorney
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L Street, NW, Room 11204
                                       Washington, DC 20005
                                       Tel: (202) 514-5108
                                       Facsimile: (202) 616-8460
                                       Email: dena.m.roth@usdoj.gov

                                       *Counsel for Defendant*