**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN DIMAIO, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:20-cv-00445-RJL |
| ) | |
| CHAD WOLF, et al. ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Having considered the Consent Motion for Extension of Time to Respond, it is hereby ordered that the Motion is GRANTED. Defendants' response to Plaintiffs' Motion for Partial Summary Judgment is due on April 6, 2020, and Plaintiffs' further reply is due on April 9, 2020.

Dated: _____

The Honorable Richard J. Leon