IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO, et al., *Plaintiffs*, v. CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security, et al., *Defendants*. | Case No. 1:20-cv-00445 |

**RESPONSE TO NOTICE**

Plaintiffs are aware that the State of New York enacted legislation on April 3, 2020 that allows for the disclosure of New York DMV records "as necessary for an individual seeking acceptance into a trusted traveler program." Defs.' Notice, ECF No. 15 (quoting 2019 New York Senate Bill No. 7508, New York Two-Hundred Forty-Third Legislative Session). To date, the February 5 Rule suspending New Yorkers' access to Trusted Traveler Programs remains in effect and the Government has not provided any indication that this recent legislation will change that. Plaintiffs' Motion for Partial Summary Judgment is now fully briefed and expeditious resolution of the motion remains appropriate.

The Court previously scheduled an in-person hearing on the Plaintiffs' Motion for Partial Summary Judgment for April 14, 2020. Under Standing Order No. 20-19 issued by Chief Judge Howell, all civil proceedings "scheduled to occur before June 1, 2020 are POSTPONED and will be scheduled for a later date, unless the presiding Judge in an individual case issues an order after the date of this Order directing that a particular proceeding will be held by teleconference or videoconference on or before June 1, 2020." *See* Standing Order No. 20-19. Plaintiffs are

available to participate in a telephonic hearing on April 14, 2020 as originally scheduled, or at the Court's convenience.

Dated: April 9, 2020                    Respectfully submitted,

**ARNOLD & PORTER
   KAYE SCHOLER LLP**

/s/ Elisabeth S. Theodore
Elisabeth S. Theodore (D.C. Bar No. 1021029)
R. Stanton Jones (D.C. Bar No. 987088)
Andrew T. Tutt (D.C. Bar No. 1026916)
Stephen K. Wirth (D.C. Bar No. 1034038)
Graham W. White (D.C. Bar No. 888273658)
Janine M. Lopez* (*pro hac vice*)
ARNOLD & PORTER
   KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
elisabeth.theodore@arnoldporter.com
stanton.jones@arnoldporter.com
andrew.tutt@arnoldporter.com
stephen.wirth@arnoldporter.com
graham.white@arnoldporter.com
janine.lopez@arnoldporter.com

*Counsel for Plaintiffs*

*Admitted to practice only in Massachusetts; practicing law in the District of Columbia during the pendency of her application for admission to the D.C. Bar and under the supervision of lawyers of the firm who are members in good standing of the D.C. Bar