AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Jonathan DiMaio, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-445 |
| Chad Wolf, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JONATHAN DIMAIO, CORY FOX, JOCARDO RALSTON     .

Date: 04/09/2020

/s/ Graham W. White
*Attorney's signature*

Graham W. White (Bar No. 888273658)
*Printed name and bar number*
Arnold & Porter Kaye Scholer
601 Massachusetts Ave., NW
Washington, DC 20001

*Address*

graham.white@arnoldporter.com
*E-mail address*

(202) 942-6345
*Telephone number*

(202) 942-5999
*FAX number*