**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN DIMAIO, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )   No.  1:20-cv-00445-RJL |
| | ) |
| CHAD WOLF, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Defendants, by and through undersigned counsel, respectfully move for an extension of time to answer or otherwise respond to Plaintiffs' Complaint, Dkt. No. 1.  Undersigned counsel has conferred with counsel for Plaintiffs, who consent to this requested extension.  Defendants set forth the following good cause in support of the motion.

Defendants' current deadline to answer the Complaint is April 24, 2020.  On March 4, 2020, the Court ordered the parties to complete briefing Plaintiffs' motion for partial summary judgment on Count I of the Complaint ("Plaintiffs' motion"), Dkt. No. 11, by March 26, 2020, with a hearing to take place on March 30, 2020.[1]  In support of this expedited briefing schedule, Plaintiffs represented that a ruling in their favor on Count I would provide Plaintiffs with complete relief and resolve the litigation.  As of April 9, 2020, briefing on Plaintiffs' motion is complete.  On April 10, 2020, citing Chief Judge Howell's April 2, 2020 Standing Order, the Court ordered that the hearing on Plaintiffs' motion be rescheduled on a date in June 2020 to be determined.

---

[1] The Court subsequently granted Defendants' consent motion for an extension of time to file its response to Plaintiffs' motion, Dkt. No. 13, and reset the hearing for April 14, 2020.

In light of the necessary delay setting a hearing on Plaintiffs' motion, Defendants request that their answer deadline be extended by four weeks, so that it is due on May 22, 2020. Defendants respectfully submit that Defendants require this additional time as the resources of the defendant agencies as well as undersigned counsel are stretched especially thin in light of COVID-19-related agency priorities and work limitations. *See* Dkt. No. 13. Plaintiffs consent to this request. Defendants have further agreed to produce the administrative record to Plaintiffs by April 24, 2020.

For these reasons, Defendants respectfully request that the Court extend the deadline for Defendants to answer or otherwise respond to the Complaint to May 22, 2020.

WHEREFORE, Defendants respectfully request this additional time be allowed. A proposed order accompanies this motion.

Dated:  April 21, 2020

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Dena M. Roth*
DENA M. ROTH (DC Bar # 1001184)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11204
Washington, DC 20005
Tel: (202) 514-5108
Facsimile:  (202) 616-8460
Email: dena.m.roth@usdoj.gov

*Counsel for Defendant*