**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN DIMAIO, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:20-cv-00445-RJL |
| ) | |
| CHAD WOLF, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER**

Having considered the Consent Motion for Extension of Time to Answer Complaint, it is hereby ordered that the Motion is GRANTED. The deadline for Defendants to answer or otherwise respond to the Complaint is May 22, 2020.

Dated: _____

_____
The Honorable Richard J. Leon