## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No.  1:20-cv-00445-RJL |
| ) | |
| CHAD WOLF, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' NOTICE OF FILING OF THE CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD

Defendants hereby give notice of the filing of the Certified List of the Contents of the Administrative Record[1] for the action challenged in the above-captioned case. The index is accompanied by a certification.

Dated:  April 27, 2020

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Dena M. Roth*
DENA M. ROTH (DC Bar # 1001184)
CHARLES E.T. ROBERTS (PA Bar # 326539)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11204
Washington, DC 20005
Tel: (202) 514-5108
Facsimile:  (202) 616-8460
Email: dena.m.roth@usdoj.gov

*Counsel for Defendants*

---

[1] The filing of this Notice is not a concession that the decision of the Acting Secretary is subject to judicial review.