IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO, et al. )<br>)<br>         Plaintiffs, )<br>   v. )<br>)<br>CHAD WOLF, et al. )<br>)<br>         Defendants. )<br>) | No. 1:20-cv-00445-RJL |

**CERTIFIED INDEX TO ADMINISTRATIVE RECORD**

**DOCUMENT**                                                                                          **PAGE**

1. Letter from Acting Secretary Wolf to M. Schroeder and T. Egan (Feb. 5, 2020) ................................................................................................................DHSGLL001

2. Memorandum from the Acting Secretary re: Operational Assessment of State Laws Restricting the Sharing of Department of Motor Vehicle Information with DHS (Dec. 30, 2019) ................................................................................................................DHSGLL004

3. Memorandum from U.S. Customs and Border Protection re State of New York's "Green Light Law" (Dec. 30, 2019)............................................................DHSGLL006

4. Memorandum from the Acting Commissioner re: New York "Green Light Law" Implications and Recommendations (Jan. 8, 2020).........................................DHSGLL009

5. Federal Emergency Management Agency Response to Dec. 30, 2019 Memorandum ................................................................................................................DHSGLL014

6. Transportation Security Administration Response to Dec. 30, 2019 Memorandum ................................................................................................................DHSGLL016

7. U.S. Immigration and Customs Enforcement Response to Dec. 30, 2019 Memorandum ................................................................................................................DHSGLL018

8. United States Coast Guard Response to Dec. 30, 2019 Memorandum ............DHSGLL026

9. United States Citizenship and Immigration Services Response to Dec. 30, 2019 Memorandum.......................................................................................................DHSGLL027

10. United States Secret Service Response to Dec. 30, 2019 Memorandum..........DHSGLL029

11. Memorandum from the Senior Official Performing the Duties of Under Secretary, Office of Strategy, Policy, and Plans re: Component Operational Impact Assessments of State Laws Restricting the Sharing of DMV Data with DHS..................................DHSGLL031

12. Memorandum of Agreement between the New York State Department of Motor Vehicles and the United States Department of Homeland Security ...............................DHSGLL042

13. Consolidated Trusted Traveler Programs Handbook.......................................DHSGLL048

14.     Email re FW: Green Light Law (Feb. 4, 2020)................................................DHSGLL062

14.     Email re FW: Green Light Law (Feb. 4, 2020)................................................DHSGLL062