IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN DIMAIO, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:20-cv-00445-RJL |
| | ) | |
| CHAD WOLF, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION OF ADMINISTRATIVE RECORD

My name is Juliana Blackwell. I am employed with the U.S. Department of Homeland Security, as the Acting Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. I have held this position since September 2019.

I am the custodian of the February 5, 2020 Letter to Mr. Schroeder and Mrs. Egan, and of a copy of the administrative record for the decision for DHS. I certify that, to the best of my knowledge, information, and belief, the attached index contains the non-privileged documents considered by DHS, and that these documents constitute the administrative record the agency considered.

Executed this 24th day of April, 2020 in Washington, D.C.

JULIANA J BLACKWELL
Digitally signed by JULIANA J BLACKWELL
Date: 2020.04.24 19:46:58 -04'00'

Juliana Blackwell
Acting Executive Secretary