# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO, et al.  )<br> )<br>    Plaintiffs,  )<br> )<br>v.  )<br> )<br>CHAD WOLF, et al.  )<br> )<br>    Defendants.  )<br> ) | No. 1:20-cv-00445-RJL |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

To the Clerk of the Court and all parties of record:

Please take notice that the undersigned attorney, Charles E.T. Roberts of the United States Department of Justice, Civil Division, Federal Programs Branch, is hereby entering his appearance as counsel for Defendants in the above-captioned case.

Dated: June 23, 2020            Respectfully Submitted,

            JOSEPH H. HUNT
            Assistant Attorney General

            BRIGHAM J. BOWEN
            Assistant Branch Director

            */s/ Charles E.T. Roberts*
            CHARLES E.T. ROBERTS (PA Bar #326539)
            Trial Attorney
            United States Department of Justice
            Civil Division, Federal Programs Branch
            1100 L Street, NW
            Washington, DC 20005
            Tel: (202) 305-8628
            Facsimile: (202) 616-8460
            Email: charles.e.roberts@usdoj.gov

            *Counsel for Defendants*

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

                                                          */s/ Charles E.T. Roberts*  
                                                          Charles E.T. Roberts