AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Jonathan DiMaio et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-00445-RJL |
| Chad Wolf et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jonathan DiMaio, Cory Fox, and Jocardo Ralston.

Date: 06/23/2020

/s/ Janine M. Lopez
*Attorney's signature*

Janine M. Lopez* (MA Bar No. 694639)
*Printed name and bar number*

601 Massachusetts Avenue NW
Washington, D.C. 20001
*Address*

Janine.Lopez@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*

[Print]  [Save As...]  [Reset]

*Admitted to practice only in Massachusetts; practicing law in the District of Columbia during the pendency of her application for admission to the D.C. Bar and under the supervision of lawyers of the firm who are members in good standing of the D.C. Bar