#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO,<br>    et al.,<br><br>            *Plaintiffs*,<br><br>        v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security,<br>    et al.,<br><br>            *Defendants*. | Case No.  1:20-cv-00445 |

### JOINT STATUS REPORT

Pursuant to this Court's minute entry on July 29, 2020, the parties submit the following joint status report.

The parties have been engaged in active settlement negotiations since this Court held a telephonic status conference on July 29, 2020.  Those negotiations have been productive, and the parties respectfully request an additional week to reach a settlement.  The parties propose submitting a joint status report no later than next Friday, August 21, 2020.

Dated: August 14, 2020

| | |
|---|---|
| /s/ Graham W. White | /s/ Dena M. Roth |
| Graham W. White | Dena M. Roth |
| R. Stanton Jones | Charles E.T. Roberts |
| ARNOLD & PORTER KAYE SCHOLER LLP | UNITED STATES DEPARTMENT OF JUSTICE |
| 601 Massachusetts Ave. NW | Civil Division, Federal Programs Branch |
| Washington, DC 20001 | 1100 L Street, NW, Room 11204 |
| (202) 942-5000 | Washington, D.C. 20005 |
| Graham.White@arnoldporter.com | (202) 514-5108 |
| | Dena.m.roth@usdoj.gov |

Respectfully submitted,

*Counsel for Plaintiffs*       *Counsel for Defendants*