IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO,<br>    et al.,<br><br>             *Plaintiffs*,<br><br>        v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security,<br>    et al.,<br><br>             *Defendants*. | Case No.  1:20-cv-00445 |

## JOINT STATUS REPORT AND MOTION TO DISMISS WITH PREJUDICE

Pursuant to this Court's minute entry on August 17, 2020, the parties submit the following joint status report.

The parties have been engaged in active settlement negotiations since this Court held a telephonic status conference on July 29, 2020, and have executed the attached Settlement Agreement to resolve this matter without further litigation.  Pursuant to Fed. R. Civ. 41(a), the parties therefore jointly move for this Court to enter the attached Proposed Order and to dismiss Plaintiffs' claims with prejudice.

2

| | |
|---|---|
| Dated: August 21, 2020 | Respectfully submitted. |
| /s/ Graham W. White<br>Graham W. White<br>R. Stanton Jones<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave. NW<br>Washington, DC 20001<br>(202) 942-5000<br>Graham.White@arnoldporter.com | /s/ Dena M. Roth<br>Dena M. Roth<br>Charles E.T. Roberts<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Room 11204<br>Washington, D.C. 20005<br>(202) 514-5108<br>Dena.m.roth@usdoj.gov |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |