IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DIMAIO,<br>    et al.,<br><br>              *Plaintiffs*,<br><br>       v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security,<br>    et al.,<br><br>              *Defendants*. | Case No.  1:20-cv-00445 |

## ORDER

Plaintiffs Jonathan DiMaio, Cory Fox, Jocardo Ralston, and all Defendants have agreed to a Settlement Agreement that resolves the claims asserted in this case.  Upon consideration of the parties' Joint Status Report and Motion to Dismiss with Prejudice, the Court hereby ORDERS as follows:

1. The following claims asserted by Plaintiffs are dismissed with prejudice:

(a) Count I (Violation of the Administrative Procedure Act -- Without Observance of Procedure Required by Law)

(b) Count II (Violation of the Administrative Procedure Act -- Arbitrary and Capricious)

(c) Count III (Violation of APA -- Not in Accordance with the Law)

2. The Settlement Agreement between Plaintiffs and Defendants, which is attached to this Order as Exhibit 1, is incorporated into this Order.

3. The Court retains jurisdiction to enforce this Order.

2

4. Pursuant to the Settlement Agreement, Defendants are hereby ORDERED to pay $212,139.70 to counsel for the Plaintiff, Arnold & Porter Kaye Scholer, LLP. If this amount is not paid in full within 60 calendar days, it will bear the interest rate established by 28 U.S.C. § 1961 from the date of entry of this Agreement.

Dated: _____                                   _____

                                                            Hon. Richard J. Leon