# EXHIBIT A

| Date | TKPR Name | Std Amt | Hrs | Narrative |
|---|---|---|---|---|
| 2/7/2020 | Lopez, Janine | $1,650.00 | 2.20 | Conference with team and potential plaintiff; begin conducting research on Global Entry program. |
| 2/7/2020 | Theodore, Elisabeth S. | $990.00 | 1.00 | Discuss potential complaint; emails with potential plaintiffs. |
| 2/8/2020 | Lopez, Janine | $600.00 | 0.80 | Draft section of complaint on Global Entry statute and regulations. |
| 2/8/2020 | Tutt, Andrew | $1,837.50 | 2.10 | Research and write partial first draft of complaint in New York Global Entry case; assign research and drafting tasks among litigation team. |
| 2/9/2020 | Lopez, Janine | $1,650.00 | 2.20 | Conduct research on Global Entry program; begin drafting complaint. |
| 2/9/2020 | Theodore, Elisabeth S. | $990.00 | 1.00 | Call with potential plaintiff. |
| 2/10/2020 | Lopez, Janine | $5,025.00 | 6.70 | Call with New York Attorney General's office; conduct research and draft section of complaint on Global Entry |
| 2/10/2020 | Tutt, Andrew | $700.00 | 0.80 | Conference with NY AG regarding global entry lawsuits. |
| 2/10/2020 | Theodore, Elisabeth S. | $990.00 | 1.00 | Work on plans for complaint. |
| 2/11/2020 | Lopez, Janine | $1,425.00 | 1.90 | Revise introduction to draft complaint; add section on plaintiffs; discuss strategy with team. |
| 2/11/2020 | Theodore, Elisabeth S. | $2,079.00 | 2.10 | Work on complaint and planning for lawsuit. |
| 2/12/2020 | Lopez, Janine | $450.00 | 0.60 | Review draft complaint; telephone conference with team to discuss timing and strategy. |
| 2/12/2020 | Tutt, Andrew | $525.00 | 0.60 | Conference to discuss New York global entry strategy in light of New York's lawsuit and other developments. |
| 2/12/2020 | Theodore, Elisabeth S. | $990.00 | 1.00 | Confer with team and work on prepping for filing complaint. |
| 2/13/2020 | Lopez, Janine | $3,150.00 | 4.20 | Revise draft complaint; conduct research on substantive rules; prepare motion for admission pro hac vice. |
| 2/13/2020 | Theodore, Elisabeth S. | $990.00 | 1.00 | Work on complaint and other issues/prep for filing. |
| 2/14/2020 | Lopez, Janine | $2,175.00 | 2.90 | Review and finalize complaint and exhibits; prepare motion for admission pro hac vice. |
| 2/14/2020 | Theodore, Elisabeth S. | $2,376.00 | 2.40 | Finalize complaint for filing. |
| 2/18/2020 | Lopez, Janine | $300.00 | 0.40 | File motion for admission pro hac vice; correspond with team regarding strategy. |
| 2/18/2020 | Theodore, Elisabeth S. | $495.00 | 0.50 | Correspondence re: summons and filing issues. |
| 2/19/2020 | Lopez, Janine | $225.00 | 0.30 | Team conference to discuss strategy. |
| 2/19/2020 | Tutt, Andrew | $437.50 | 0.50 | Conference regarding lawsuit strategy in light of drawing Judge Leon as district judge. |
| 2/21/2020 | Theodore, Elisabeth S. | $495.00 | 0.50 | Discuss next steps with team. |
| 2/24/2020 | Theodore, Elisabeth S. | $396.00 | 0.40 | Review return of service filing. |
| 2/25/2020 | White, Graham | $750.00 | 1.00 | Revise and file notice of proof of service. |
| 2/26/2020 | White, Graham | $750.00 | 1.00 | Attention to filing of revised notice of proof of service. |
| 2/26/2020 | Theodore, Elisabeth S. | $693.00 | 0.70 | Emails with team and work on procedural and filing issues; review latest developments in NY case. |
| 2/27/2020 | Lopez, Janine | $75.00 | 0.10 | Review correspondence regarding summons issue. |
| 2/28/2020 | White, Graham | $525.00 | 0.70 | Team meeting to discuss status conference. |
| 2/28/2020 | Lopez, Janine | $600.00 | 0.80 | Team meeting to discuss status conference and scheduling. |
| 2/28/2020 | Tutt, Andrew | $437.50 | 0.50 | Conference regarding Global Entry lawsuit strategy. |
| 2/28/2020 | Theodore, Elisabeth S. | $990.00 | 1.00 | Meet re: plan for status conference. |
| 3/3/2020 | Lindsey, Kathryne D. | $207.50 | 0.50 | Draft, review, finalize, and electronically file Notice of Appearance in the U.S. District Court for the District of Columbia for Stephen Wirth. |
| 3/4/2020 | Wirth, Stephen | $2,125.00 | 2.50 | Attend and prepare for status conference. |
| 3/4/2020 | Theodore, Elisabeth S. | $4,455.00 | 4.50 | Prep for and attend status conference. |
| 3/5/2020 | Lopez, Janine | $450.00 | 0.60 | Meet with team to discuss status conference and plan for motion for partial summary judgment. |
| 3/5/2020 | Theodore, Elisabeth S. | $495.00 | 0.50 | Meet with team re: next steps for global entry lawsuit. |
| 3/6/2020 | Theodore, Elisabeth S. | $495.00 | 0.50 | Call with ACLU-NY. |

| Date | TKPR Name | Std Amt | Hrs | Narrative |
|---|---|---|---|---|
| 3/8/2020 | Tutt, Andrew | $875.00 | 1.00 | Send email setting forth roles for drafting motion for summary judgment. |
| 3/10/2020 | White, Graham | $2,100.00 | 2.80 | Research for motion for partial summary judgment. |
| 3/10/2020 | Lopez, Janine | $75.00 | 0.10 | Review draft declarations. |
| 3/10/2020 | Theodore, Elisabeth S. | $990.00 | 1.00 | Revise draft declarations for SJ motion. |
| 3/11/2020 | White, Graham | $5,250.00 | 7.00 | Draft motion for partial summary judgment. |
| 3/11/2020 | Lopez, Janine | $1,800.00 | 2.40 | Draft background section of motion for partial summary judgment. |
| 3/11/2020 | Jones, R. S. | $990.00 | 1.00 | Revise summary judgment brief and statement of undisputed material facts. |
| 3/11/2020 | Theodore, Elisabeth S. | $990.00 | 1.00 | Review statement of undisputed material facts. |
| 3/12/2020 | White, Graham | $3,225.00 | 4.30 | Draft and revise summary judgment motion and accompanying papers. |
| 3/12/2020 | Tutt, Andrew | $787.50 | 0.90 | Revise summary judgment motion and accompanying materials. |
| 3/12/2020 | Jones, R. S. | $990.00 | 1.00 | Revise summary judgment brief and statement of undisputed material facts. |
| 3/12/2020 | Theodore, Elisabeth S. | $3,465.00 | 3.50 | Review MSJ, declarations, statement of undisputed facts. |
| 3/13/2020 | Lopez, Janine | $1,500.00 | 2.00 | Review and revise draft motion for partial summary judgment and statement of undisputed facts. |
| 3/13/2020 | White, Graham | $3,150.00 | 4.20 | Draft and revise summary judgment brief and related documents and attention to filing. |
| 3/13/2020 | Jones, R. S. | $693.00 | 0.70 | Revise summary judgment brief and statement of undisputed material facts. |
| 3/13/2020 | Theodore, Elisabeth S. | $3,465.00 | 3.50 | Final review of MSJ documents for filing. |
| 3/14/2020 | Lopez, Janine | $225.00 | 0.30 | Prepare corrected version of motion and memorandum; correspond with team regarding same. |
| 3/16/2020 | Lopez, Janine | $600.00 | 0.80 | Prepare and file errata; correspond with Clerk's Office and team regarding same. |
| 3/17/2020 | Lopez, Janine | $150.00 | 0.20 | Team correspondence regarding postponement of hearing and possible extension. |
| 3/17/2020 | Jones, R. S. | $198.00 | 0.20 | Correspondence with team re: government's extension request. |
| 3/18/2020 | Theodore, Elisabeth S. | $792.00 | 0.80 | Call with DOJ and then with team re scheduling. |
| 3/18/2020 | Wirth, Stephen | $595.00 | 0.70 | Call with government re extension request; call with team re same. |
| 3/18/2020 | Tutt, Andrew | $612.50 | 0.70 | Conference regarding government extension request. |
| 3/18/2020 | Lopez, Janine | $225.00 | 0.30 | Telephone conference regarding DOJ extension request. |
| 3/19/2020 | Lopez, Janine | $150.00 | 0.20 | Review DOJ's extension request. |
| 3/19/2020 | Theodore, Elisabeth S. | $990.00 | 1.00 | Call with DOJ re extension and call with team re: same. |
| 3/26/2020 | White, Graham | $450.00 | 0.60 | Join telephonic conference in parallel SDNY Global Entry litigation. |
| 4/5/2020 | Lopez, Janine | $75.00 | 0.10 | Team correspondence regarding reply brief and order in New York case. |
| 4/6/2020 | Lopez, Janine | $375.00 | 0.50 | Review government's opposition to motion for summary judgment. |
| 4/6/2020 | Tutt, Andrew | $4,200.00 | 4.80 | Research DC Circuit notice-and-comment precedents for use in Reply brief. |
| 4/6/2020 | Theodore, Elisabeth S. | $1,485.00 | 1.50 | Review government's summary judgment opposition brief. |
| 4/7/2020 | Wirth, Stephen | $595.00 | 0.70 | Teleconference with team. |
| 4/7/2020 | Lopez, Janine | $675.00 | 0.90 | Telephone conferences regarding reply brief and scheduling issues. |
| 4/7/2020 | White, Graham | $4,875.00 | 6.50 | Draft and revise reply brief supporting motion to dismiss and conduct related research. |
| 4/7/2020 | Lopez, Janine | $525.00 | 0.70 | Review and analyze Government's opposition to summary judgment brief. |
| 4/7/2020 | Tutt, Andrew | $962.50 | 1.10 | Review and share additional new DC Circuit precedent on harmless error in the context of failure to engage in notice |
| 4/7/2020 | Theodore, Elisabeth S. | $2,574.00 | 2.60 | Work on reply in support of summary judgment; call and emails with team. |
| 4/8/2020 | Lopez, Janine | $600.00 | 0.80 | Review draft reply brief. |
| 4/8/2020 | White, Graham | $6,300.00 | 8.40 | Draft and revise Reply Brief and conduct related research. |

| Date | TKPR Name | Std Amt | Hrs | Narrative |
|---|---|---|---|---|
| 4/8/2020 | White, Graham | $300.00 | 0.40 | Draft response to Government's Notice on New York's amendment to Green Light Law. |
| 4/8/2020 | Tutt, Andrew | $4,462.50 | 5.10 | Review and revise Reply in support of motion for partial summary judgment. |
| 4/9/2020 | Wirth, Stephen | $1,275.00 | 1.50 | Revise reply. |
| 4/9/2020 | Lopez, Janine | $2,400.00 | 3.20 | Revise and revise reply brief in support of motion for partial summary judgment. |
| 4/9/2020 | White, Graham | $2,475.00 | 3.30 | Draft and revise reply brief and prepare for filing. |
| 4/9/2020 | Tutt, Andrew | $1,837.50 | 2.10 | Review final draft of reply in support of motion for partial summary judgment and response to notice. |
| 4/9/2020 | Jones, R. S. | $1,980.00 | 2.00 | Revise summary judgment reply brief and related communications with E. Theodore and team. |
| 4/9/2020 | Theodore, Elisabeth S. | $2,970.00 | 3.00 | Revise MSJ reply. |
| 4/10/2020 | White, Graham | $225.00 | 0.30 | Draft and file Notice of Appearance. |
| 4/10/2020 | Theodore, Elisabeth S. | $396.00 | 0.40 | Review Judge Leon order re: scheduling and emails with team. |
| 4/17/2020 | Lopez, Janine | $75.00 | 0.10 | Team correspondence regarding government's request for extension of answer deadline. |
| 4/20/2020 | Lopez, Janine | $75.00 | 0.10 | Team correspondence regarding extension of time to file answer. |
| 4/21/2020 | Lopez, Janine | $75.00 | 0.10 | Review government's motion for extension. |
| 4/25/2020 | Theodore, Elisabeth S. | $990.00 | 1.00 | Emails and planning on global entry complaint. |
| 4/26/2020 | Lopez, Janine | $75.00 | 0.10 | Review developments in New York case. |
| 4/27/2020 | Lopez, Janine | $225.00 | 0.30 | Review administrative record; correspond with team regarding same. |
| 4/28/2020 | Lopez, Janine | $150.00 | 0.20 | Review administrative record and letter on privilege log. |
| 4/28/2020 | Theodore, Elisabeth S. | $693.00 | 0.70 | Review latest updates from New York case. |
| 4/29/2020 | Lopez, Janine | $1,275.00 | 1.70 | Review administrative record and letter briefs and opinion regarding privilege log; telephone conference regarding plan for privilege log and motion for summary judgment on remaining claims. |
| 4/29/2020 | White, Graham | $1,875.00 | 2.50 | Review and analyze Administrative Record and Judge Furman privilege log opinion. |
| 4/29/2020 | White, Graham | $450.00 | 0.60 | Call with E. Thoedore, S. Wirth, A. Tutt, and J. Lopez to discuss administrative record. |
| 4/29/2020 | Tutt, Andrew | $525.00 | 0.60 | Conference regarding how to proceed in light of administrative record (especially redactions in the AR). |
| 4/29/2020 | Theodore, Elisabeth S. | $1,485.00 | 1.50 | Review administrative record and call re: global entry. |
| 5/1/2020 | White, Graham | $225.00 | 0.30 | Research D.C. Circuit precedent governing privilege logs in APA cases. |
| 5/1/2020 | Lopez, Janine | $75.00 | 0.10 | Review filings in New York case. |
| 5/1/2020 | Theodore, Elisabeth S. | $495.00 | 0.50 | Discuss privilege log issues with team and DOJ. |
| 5/2/2020 | Lopez, Janine | $75.00 | 0.10 | Review Judge Furman's decision on redactions. |
| 5/4/2020 | Lopez, Janine | $75.00 | 0.10 | Correspond with team regarding privilege log. |
| 5/12/2020 | Theodore, Elisabeth S. | $99.00 | 0.10 | Confer on next steps re: administrative record and redactions. |
| 5/13/2020 | White, Graham | $525.00 | 0.70 | Prepare for team conference call (0.2); participate in team conference call to discuss litigation strategy (0.5). |
| 5/13/2020 | Lopez, Janine | $375.00 | 0.50 | Call to discuss next steps regarding privilege log and summary judgment motion. |
| 5/13/2020 | Tutt, Andrew | $612.50 | 0.70 | Conference to discuss strategy relating to the administrative record and summary judgment. |
| 5/13/2020 | Theodore, Elisabeth S. | $990.00 | 1.00 | Discuss next steps and potential full summary judgment motion with team. |
| 5/15/2020 | White, Graham | $150.00 | 0.20 | Call with Dena Roth to discuss privilege log. |
| 5/15/2020 | Theodore, Elisabeth S. | $198.00 | 0.20 | Call with DOJ re: administrative record and redactions. |
| 5/22/2020 | Lopez, Janine | $75.00 | 0.10 | Review correspondence regarding administrative record. |
| 6/8/2020 | White, Graham | $300.00 | 0.40 | Attention to oral argument on summary judgment motion. |
| 6/12/2020 | White, Graham | $3,825.00 | 5.10 | Prepare for oral argument on summary judgment motion. |

| Date | TKPR Name | Std Amt | Hrs | Narrative |
|---|---|---|---|---|
| 6/17/2020 | White, Graham | $4,575.00 | 6.10 | Prepare for oral argument on summary judgment motion. |
| 6/18/2020 | Glick, Kolya | $975.00 | 1.30 | Review briefing in Global Entry MTD for G. White moot |
| 6/18/2020 | Mirski, Sean | $1,200.00 | 1.60 | Prepare for moot of G. White in advance of partial summary judgment hearing. |
| 6/18/2020 | White, Graham | $5,775.00 | 7.70 | Prepare for oral argument on summary judgment motion. |
| 6/19/2020 | White, Graham | $4,875.00 | 6.50 | Prepare for oral argument on summary judgment motion. |
| 6/19/2020 | Mirski, Sean | $2,925.00 | 3.90 | Prepare for moot of G. White in advance of partial summary judgment hearing. |
| 6/19/2020 | Wirth, Stephen | $2,125.00 | 2.50 | Prepare for and attend moot; email clients. |
| 6/19/2020 | Jones, R. S. | $495.00 | 0.50 | Moot argument with G. White and team. |
| 6/19/2020 | Lopez, Janine | $1,875.00 | 2.50 | Attend moot; review materials. |
| 6/19/2020 | Tutt, Andrew | $1,750.00 | 2.00 | Global entry moot court for summary judgment hearing on 6/22. |
| 6/19/2020 | Glick, Kolya | $1,350.00 | 1.80 | Moot G. White for Summary Judgment hearing |
| 6/19/2020 | Theodore, Elisabeth S. | $2,475.00 | 2.50 | Prep for and moot G. White for argument. |
| 6/20/2020 | White, Graham | $3,150.00 | 4.20 | Prepare for oral argument. |
| 6/21/2020 | Cameron, Laurie A. | $93.00 | 0.30 | Library Research Services for J. Lopez.  Set-up docket alerts for New York v. Wolf, No. 20-cv-01127-JMF (S.D.N.Y.): |
| 6/21/2020 | White, Graham | $4,500.00 | 6.00 | Prepare for oral argument. |
| 6/21/2020 | Tutt, Andrew | $1,050.00 | 1.20 | Propose revisions to G. White's "spiel" for delivery at summary judgment hearing. |
| 6/21/2020 | Theodore, Elisabeth S. | $495.00 | 0.50 | Review and comment on G. White notes for oral argument. |
| 6/22/2020 | White, Graham | $4,500.00 | 6.00 | Prepare for oral argument. |
| 6/22/2020 | White, Graham | $750.00 | 1.00 | Argue summary judgment motion before Judge Leon. |
| 6/22/2020 | Tutt, Andrew | $962.50 | 1.10 | Listen to oral argument on the motion for partial summary judgment. |
| 6/22/2020 | Lopez, Janine | $975.00 | 1.30 | Attend hearing on motion for partial summary judgment; review oral argument materials. |
| 6/22/2020 | Wirth, Stephen | $1,445.00 | 1.70 | Listen to oral argument; debrief call with team. |
| 6/22/2020 | Theodore, Elisabeth S. | $2,970.00 | 3.00 | Call with government re scheduling; call with G. White to prep for hearing; attend hearing; follow up with team. |
| 6/23/2020 | White, Graham | $2,700.00 | 3.60 | Draft and revise post-argument letter. |
| 6/23/2020 | Lopez, Janine | $1,200.00 | 1.60 | Review and revise post-argument letter; review and analyze D.C. Circuit decision on notice-and-comment |
| 6/24/2020 | White, Graham | $525.00 | 0.70 | Revise and file post-argument letter. |
| 6/24/2020 | Lopez, Janine | $75.00 | 0.10 | Review revisions to post-argument letter. |
| 6/24/2020 | Theodore, Elisabeth S. | $495.00 | 0.50 | Edit follow up letter on good cause. |
| 6/25/2020 | White, Graham | $675.00 | 0.90 | Review and analyze Government's opposition to post-argument letter. |
| 6/25/2020 | Lopez, Janine | $75.00 | 0.10 | Review government's response to post-argument letter. |
| 6/25/2020 | Theodore, Elisabeth S. | $990.00 | 1.00 | Review government response to post-argument letter. |
| 6/30/2020 | Lopez, Janine | $300.00 | 0.40 | Review draft protective order and correspond with team regarding proposed modifications. |
| 7/1/2020 | Lopez, Janine | $225.00 | 0.30 | Review potential notice of additional authority and correspond with team regarding same. |
| 7/23/2020 | White, Graham | $225.00 | 0.30 | Review and analyze Government's letter of correction. |
| 7/23/2020 | Wirth, Stephen | $680.00 | 0.80 | Review government correction; emails with team. |
| 7/23/2020 | Jones, R. S. | $990.00 | 1.00 | Analyze DOJ's letter re: inaccurate and misleading statements and related legal research re: mootness and sanctions; communications with team re: same. |
| 7/23/2020 | Tutt, Andrew | $875.00 | 1.00 | Review Government filing correcting the record and conference with team regarding next steps. |
| 7/24/2020 | White, Graham | $450.00 | 0.60 | Call to discuss strategy following Government's filing of Notice of Correction. |

| Date | TKPR Name | Std Amt | Hrs | Narrative |
|---|---|---|---|---|
| 7/24/2020 | Jones, R. S. | $594.00 | 0.60 | Communications with team re: DOJ's letter : inaccuracies and next steps. |
| 7/24/2020 | Wirth, Stephen | $595.00 | 0.70 | Team strategy meeting re government correction notice; emails re same. |
| 7/24/2020 | Tutt, Andrew | $875.00 | 1.00 | Conference to discuss revelations of government misrepresentations in the case and steps we should take in |
| 7/27/2020 | White, Graham | $225.00 | 0.30 | Call with N.Y. Attorney General's office to discuss next steps in litigation. |
| 7/27/2020 | Theodore, Elisabeth S. | $297.00 | 0.30 | Call with NYAG re next steps in light of government letter conceding. |
| 7/27/2020 | Jones, R. S. | $495.00 | 0.50 | Call with NYAG's office re: next steps. |
| 7/28/2020 | White, Graham | $675.00 | 0.90 | Prepare for meet and confer with Government's counsel (0.5); meet and confer with Government's counsel. |
| 7/28/2020 | Lopez, Janine | $150.00 | 0.20 | Review letters filed in New York case regarding mootness. |
| 7/28/2020 | Jones, R. S. | $495.00 | 0.50 | Attend status conference with the court and related debrief with G. White. |
| 7/29/2020 | White, Graham | $2,625.00 | 3.50 | Prepare for status conference. |
| 7/29/2020 | White, Graham | $375.00 | 0.50 | Attend status conference. |
| 7/29/2020 | Lopez, Janine | $75.00 | 0.10 | Attend telephonic status conference. |
| 7/29/2020 | Tutt, Andrew | $612.50 | 0.70 | Attend hearing regarding misrepresentations in the Government's filings in the case. |
|  |  | $206,801.00 | 251.60 |  |

| Date | Disb ID | TKPR Name | Cost Code | Cost Desc | Base Amt | Narrative | Clt | Mtr |
|---|---|---|---|---|---|---|---|---|
| 2/18/2020 | 27882118 | Strickland, Shemaiah T. | 187 | Filing Fees | $25.00 | VENDOR: Shemaiah Strickland INVOICE#: 4018577902201618 DATE: 2/20/2020   02/18/20; Certificate of Good Standing; Obtain Certificate of Good Standing for Andrew Tutt for case.; DC Bar | 9000544 | 2 |
| 2/14/2020 | 27885250 | White, Graham | 187 | Filing Fees | $400.00 | VENDOR: White, Graham INVOICE#: 4020881002211741 DATE: 2/20/2020   02/14/20; Filing Fees; File complaint for case. | 9000544 | 2 |
| 2/18/2020 | 27885413 | Lopez, Janine | 187 | Filing Fees | $100.00 | VENDOR: Janine Lopez INVOICE#: 4020890702211741 DATE: 2/20/2020   02/18/20; Court Admission Fee; Pro Hac admission fees.; DC District Court | 9000544 | 2 |
| 3/4/2020 | 27906515 | Tutt, Andrew | 187 | Filing Fees | $206.00 | VENDOR: Tutt, Andrew INVOICE#: 4062134903091659 DATE: 3/6/2020   03/04/20; Court Admission Fee; Court admission to the DC District Court.; DISTRICT OF COLUMBIA DISTRICT COURT | 9000544 | 2 |
| 4/6/2020 | 27931398 | Firm approved | 147 | Westlaw Research | $1,287.00 | Westlaw computer research by TUTT ANDREW MULTI-SEARCH TRANSACTIONAL SEARCHES | 9000544 | 2 |
| 4/6/2020 | 27931399 | Firm approved | 147 | Westlaw Research | $1,425.60 | Westlaw computer research by TUTT ANDREW MULTI-SEARCH DOCUMENT DISPLAYS | 9000544 | 2 |
| 4/9/2020 | 27938804 | Firm approved | 147 | Westlaw Research | $85.80 | Westlaw computer research by TUTT ANDREW MULTI-SEARCH TRANSACTIONAL SEARCHES | 9000544 | 2 |
| 4/8/2020 | 27938805 | Firm approved | 147 | Westlaw Research | $648.00 | Westlaw computer research by TUTT ANDREW MULTI-SEARCH DOCUMENT DISPLAYS | 9000544 | 2 |
| 4/8/2020 | 27938806 | Firm approved | 147 | Westlaw Research | $772.20 | Westlaw computer research by TUTT ANDREW MULTI-SEARCH TRANSACTIONAL SEARCHES | 9000544 | 2 |
| 6/18/2020 | 27972021 | Firm approved | 147 | Westlaw Research | $85.80 | Westlaw computer research by WHITE GRAHAM Transaction - Search MULTI-SEARCH TRANSACTIONAL SEARCHES | 9000544 | 2 |
| 6/19/2020 | 27972022 | Firm approved | 147 | Westlaw Research | $85.80 | Westlaw computer research by WHITE GRAHAM Transaction - Search MULTI-SEARCH TRANSACTIONAL SEARCHES | 9000544 | 2 |
| 6/24/2020 | 27974100 | White, Graham | 837 | Transcripts | $33.30 | VENDOR: White, Graham INVOICE#: 4191656406241657 DATE: 6/24/2020   06/24/20; Transcript Fees; Order transcript from oral argument. | 9000544 | 2 |
| 6/23/2020 | 27976360 | Firm approved | 147 | Westlaw Research | $171.60 | Westlaw research by WHITE GRAHAM MULTI-SEARCH TRANSACTIONAL SEARCHES | 9000544 | 2 |
| 6/30/2020 | 27994539 | | 1501 | Other Computer Research | $12.60 | VENDOR: Pacer Service Center INVOICE#: 3935819-Q22020 DATE: 7/7/2020   Pacer usage for the period 4/1/2020 to 6/30/2020 | 9000544 | 2 |
| | | | | | **$5,338.70** | | | |