AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Jonathan DiMaio, et al. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:20-cv-00445-RJL |
| Chad Wolf, et al. | ) |  |
| *Defendant* | ) |  |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jonathan DiMaio, Cory Fox, and Jocardo Ralston    .

Date:    10/13/2020

/s/ Robert Stanton Jones
*Attorney's signature*

Robert Stanton Jones (D.D.C. Bar No. 987088)
*Printed name and bar number*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001

*Address*

stanton.jones@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*