**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN DIMAIO,<br>    et al., | |
| *Plaintiffs*, | |
| v. | Case No.  1:20-cv-00445 |
| CHAD WOLF, in his official capacity as Acting Secretary<br>of Homeland Security,<br>    et al., | |
| *Defendants*. | |

**RENEWED JOINT MOTION TO DISMISS WITH PREJUDICE**

The parties hereby submit this Joint Motion to Dismiss under Federal Rule of Civil Procedure 41(a)(2).  Consistent with this Court's Memorandum Opinion of November 17, 2020, ECF No. 35, the parties have entered into an Amended Settlement Agreement that reduces the fee award to the specific amount the Court indicated would be reasonable, but otherwise contains the same terms.  The parties thus respectfully request that the Court enter the attached Proposed Order adopting the terms of their Amended Settlement Agreement.  *See* Ex. A, Amended Settlement Agreement.

The parties agree that Arnold & Porter was under no obligation to accept any reduced fee award but has nonetheless chosen to accept reduced fees in the amount the Court deemed reasonable.  And while Arnold & Porter has voluntarily agreed to accept a reduced fee award consistent with the Court's direction, the parties previously agreed—and still agree—that the original Settlement Agreement, ECF No. 30-2, reflected Plaintiffs' reasonable fees and costs in this matter.

Under the Amended Settlement Agreement, Defendants agree to pay $82,562.20 in attorney's fees, plus $5,338.70 in costs.  *See* Ex. A at 3-4; ECF No. 33-1 at 7 (billing records listing and describing Plaintiffs' costs).   The parties therefore jointly move for the Court to enter the attached Proposed Order adopting the Amended Settlement Agreement and dismissing this action with prejudice.

Dated: December 11, 2020

Respectfully submitted,

/s/ Graham W. White
Graham W. White
R. Stanton Jones
Elisabeth S. Theodore
Andrew S. Tutt
Stephen K. Wirth
Janine M. Lopez
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 942-5000
Graham.White@arnoldporter.com

*Counsel for Plaintiffs*

/s/ Dena M. Roth
Dena M. Roth
Charles E.T. Roberts
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L. Street, NW, Room 11204
Washington, D.C. 20005
(202) 514-5108
Dena.m.roth@usdoj.gov

*Counsel for Defendants*